IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RC ELECTRIC, LLC, | ) | Case No. 25-02521-NBK1-7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| Eva M. Lemeh, TRUSTEE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ADVERSARY PROCEEDING NO._____ |
| | ) | |
| LUNA CUSTOM HOMES, LLC, | ) | |
| | ) | |
| Defendant | ) | |

## COMPLAINT TO FOR TURNOVER AND TO RECOVER PROPERTY OF THE ESTATE

Plaintiff, Eva M. Lemeh, chapter 7 trustee herein ("Trustee"), by and through counsel, alleges upon knowledge as to herself and her acts, and upon information and belief as to all other matters, as follows as her Complaint against Luna Custom Homes, LLC ("Defendant"):

### Jurisdiction, Venue and Parties

1. This adversary proceeding is brought pursuant to, and under, Rule 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to seek relief in accordance with sections 542, 543 544, 549 and 550 of title 11 of the United States Code, 11 U.S.C. § 101-1330 (the "Bankruptcy Code").

2. The Court has jurisdiction over this subject matter of this adversary proceeding pursuant to 28 U.S.C. § 1334. This adversary proceeding is a core proceeding as to which the Court may enter final judgment under 28 U.S.C. §§ 157(b)(2)(F) and (O).

3. Venue of this action is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

4. Eva M. Lemeh, a resident of Tennessee serving as court-appointed chapter 7 trustee in this matter, is Plaintiff in this adversary proceeding.

## Procedural Background

5. On June 8, 2025 (the "Petition Date"), a voluntary petition was filed in this Court for RC ELECTRIC, LLC (the "Debtor") for relief under chapter 7 of the Bankruptcy Code.

6. On June 8, 2025, Eva M. Lemeh was appointed to serve as interim trustee in this matter.

## Facts

7. The Debtor listed as an asset of the bankruptcy estate Accounts Receivable owed by the Defendant to the Debtor in the amount of $38,000.00 (the "Property").

8. The Debtor submitted the final invoice it submitted to the Defendant, a copy of which is attached hereto as Exhibit A, that shows the actual amount owed to the Debtor is $39,222.24 (the "Funds").

9. The Trustee sent a demand letter to the Defendant on October 30, 2025, a copy of which is attached hereto as Exhibit B, wherein the Defendant was given 15 days to submit the balance due to the Debtor to the Trustee.

10. The Defendant did not respond to the Trustee's request for payment.

11. Therefore, the Trustee requests this Court order the Defendant pay the Funds to the Trustee.

WHEREFORE, the Trustee requests that the Court (i) order the Defendant pay the Trustee

the Funds within thirty (30) days of the order being signed by the Court; and (ii) grant such other and further relief, at law or in equity, as is appropriate under the circumstances.

RESPECTFULLY SUBMITTED,

By: /s/ Eva M. Lemeh
Eva M. Lemeh #012153
Attorney for Trustee
380 Spring Creek Road
Lebanon, TN 37087
(615) 498-5162
(615) 691-7382
emltrustee61@gmail.com

Defendant:

Luna Custom Homes, LLC
103 Forrest Crossing Blvd, Ste 201E
Franklin, TN 37064-5456

RC ELECTRIC, LLC
PO Box 16
Thompson Station, TN 37179

**EXHIBIT A**

# Invoice

| Date | Invoice # |
|---|---|
| 4/4/2025 | 3590 |

| Bill To |
|---|
| Luna Custom Homes, LLC<br>103 Forrest Crossing Blvd, Ste 201E<br>Franklin, TN 37064-5456 |

| Terms | Project |
|---|---|
| **Due on receipt** | Lot 11006 - The Gr... |

| Description | Rate | Amount |
|---|---|---|
| Lot 11006 The Grove Changes<br>Changed the can layout in the master closet ceiling due to a crop ceiling<br>Material<br>Labor | 32.80<br>625.00 | 32.80<br>625.00 |

Thank you for your business! Please submit payment to the address above. If this invoice is not paid in full within ten (10) days from its receipt, then, in addition to the invoiced amount, a service charge equal to ten percent (10%) will be due and owing at the time of payment. Additionally, if this Invoice is not paid within thirty (30) days and, thereafter, if legal action is instituted to collect the same, R.C. Electric, LLC shall be entitled, in addition to all of the damages to which it is entitled, to collect and/or be reimbursed all attorney fees and court costs incurred by it in the pursuit and collection of the same.

| | |
|---|---|
| **Total** | $657.80 |
| **Pmts/Credits** | $0.00 |
| **Balance Due** | $657.80 |



**RC ELECTRIC, LLC**
PO Box 16
Thompson Station, TN 37179

# Invoice

| Date | Invoice # |
|---|---|
| 4/28/2025 | 3625 |

| Bill To |
|---|
| Luna Custom Homes, LLC<br>103 Forrest Crossing Blvd, Ste 201E<br>Franklin, TN 37064-5456 |

| Terms | Project |
|---|---|
| **Due on receipt** | Lot 11006 - The Gr... |

| Description | Rate | Amount |
|---|---|---|
| Lot 11006 The Grove<br>Final payment due from invoice #3089 | 0.00<br>38,564.44 | 0.00<br>38,564.44 |

Thank you for your business! Please submit payment to the address above. If this invoice is not paid in full within ten (10) days from its receipt, then, in addition to the invoiced amount, a service charge equal to ten percent (10%) will be due and owing at the time of payment. Additionally, if this Invoice is not paid within thirty (30) days and, thereafter, if legal action is instituted to collect the same, R.C. Electric, LLC shall be entitled, in addition to all of the damages to which it is entitled, to collect and/or be reimbursed all attorney fees and court costs incurred by it in the pursuit and collection of the same.

| Total | $38,564.44 |
|---|---|
| **Pmts/Credits** | $0.00 |
| **Balance Due** | $38,564.44 |

# **EXHIBIT B**

EVA M. LEMEH, TRUSTEE
**380 Spring Creek Road**
**Lebanon, Tennessee 37087**
**Telephone 615-498-5162**
emltrustee61@gmail.com

October 30, 2025

Luna Custom Homes, LLC
103 Forrest Crossing Blvd, Ste 201E
Franklin, TN 37064-5456

RE: Chapter 7 Bankruptcy Case No. 25-02521, RC Electric, LLC:

Dear Sir or Madam:

I am the Chapter 7 Trustee for the above referenced bankruptcy case. The Debtor's bankruptcy estate owns the right to the accounts receivables owed to the Debtor. I have attached my appointment notice appointing me as the Chapter 7 Trustee for this Debtor as well as copies of the invoices past due to the Debtor.

The attached invoices from the Debtor reflect a current balance of $39,222.24. This balance is past due.

Within fifteen (15) days of receipt of this notice, please make **payable to me**, EVA M. LEMEH, TRUSTEE, the total amount stated above and may the payment to 380 Spring Creek Road, Lebanon, TN 37087. You may call my office by email or at the number above if you have any questions.

Sincerely,

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee