Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, __Deborah Rodriguez__ certify that service of this summons and a copy of the complaint was made __December 15, 2025__ by:

☒ **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
    Luna Custom Homes, LLC, c/o Jay H Luna, Registered Agent
    925 Lewisburg Pike
    Franklin, TN 37064

☐ **Personal Service:** By leaving the process with the defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date __12/18/2025__    Signature __Deborah Rodriguez__

Print Name:      Deborah Rodriguez, Assistant to Eva M Lemeh

Business Address:      6471 Clearview Rd

                       Dover, PA 17315

Case 1:25-ap-90142    Doc 2    Filed 12/12/25    Entered 12/12/25 09:13:26    Desc Main
Case 1:25-ap-90142    Doc 5    Filed 12/18/25    Entered 12/18/25 15:17:46    Desc Main
Document    Page 1 of 11

Form B 250B (12/09)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

In re:
RC ELECTRIC, LLC,                                   Bankruptcy Case No. 1:25-bk-02521

       Debtor(s).                                    Chapter 7
                                                                     Judge Nancy B. King

EVA M LEMEH, Trustee,

       Plaintiff(s)
                                                                    Adversary
      v.                                           Proceeding No. 1:25-ap-90142

LUNA CUSTOM HOMES, LLC,

       Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

<u>To the Defendant(s)</u>: YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

<div style="border:1px solid black; padding:1em; text-align:center;">
UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF TENNESSEE<br>
701 BROADWAY, ROOM 170<br>
NASHVILLE, TN 37203
</div>

Form B 250B (12/09)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:
>
> **Eva M. Lemeh**
> Attorney for Trustee
> 380 Spring Creek Road
> Lebanon, TN 37087

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE **PRETRIAL CONFERENCE TO BE HELD VIA ZOOM (Audio Only)** CALL-IN NUMBER: 833-568-8864 MEETING ID: 160 2983 9352 | DATE & TIME 2/3/2026 10:15 a.m. |
|---|---|

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

12/12/2025　　　　　　　　　　　　　　/s/　　Vanessa A. Lantin
Issuance Date　　　　　　　　　　　　　　Acting Clerk of Court

　　　　　　　　　　　　　　　　　　By: /s/　　Jeremy Keimer
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In re:
RC ELECTRIC, LLC,                                  Bankruptcy Case No. 1:25-bk-02521

       Debtor(s).                                       Chapter 7
                                                     Judge Nancy B. King

EVA M LEMEH, Trustee,

       Plaintiff(s)
                                                     Adversary
v.                                                           Proceeding No. 1:25-ap-90142

LUNA CUSTOM HOMES, LLC,

       Defendant(s)

## PRELIMINARY PRETRIAL ORDER

The party responsible for serving the summons shall, along with the summons, serve a copy of this Preliminary Pretrial Order on all parties.

**COUNSEL FOR ALL PARTIES ARE ORDERED** to confer with all opposing counsel and pro se parties at least seven (7) days before the pretrial conference, and together prepare in writing and file **no less than five (5) days prior to the pretrial conference**, a **JOINT DOCUMENT**, captioned **"PRETRIAL STATEMENT"** containing the following:

### FOR PLAINTIFF

1.     A brief statement of each claim or cause of action.
2.     A brief summary of plaintiff's contentions of fact in support of each claim or cause of action and the evidence to be relied upon to establish those facts.

### FOR DEFENDANT

1.     A brief statement of each defense.
2.     A brief summary of defendant's contentions of fact in support of each defense and the evidence to be relied upon to establish those facts.

Form B 250B (12/09)

**FOR THE INTERVENOR(S), THIRD-PARTY PLAINTIFF(S), (DEFENDANTS), ETC.**

1. A brief statement of each claim, cause of action or defense.
2. A brief summary of facts in support of each claim, cause of action or defense, and the evidence to be relied upon to establish those facts.

**FOR ALL PARTIES**

1. A statement of all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's brief statement of contested legal issues.

All of the above is to be incorporated in one document which is to be signed by all attorneys and pro se parties prior to the filing. **Failure to comply with this order may result in dismissal of the action, default, the assessment of costs and attorneys' fees or other appropriate remedies.**

ORDERED this 12th day of December, 2025.

/s/ NANCY B. KING
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
RC ELECTRIC, LLC, ) Case No. 25-02521-NBK1-7
)
)
Debtor )
)
)
Eva M. Lemeh, )
TRUSTEE, )
)
Plaintiff )
)
v. ) ADVERSARY PROCEEDING
) NO._____
LUNA CUSTOM HOMES, LLC, )
)
)
Defendant )

**COMPLAINT TO FOR TURNOVER AND TO
RECOVER PROPERTY OF THE ESTATE**

Plaintiff, Eva M. Lemeh, chapter 7 trustee herein ("Trustee"), by and through counsel, alleges upon knowledge as to herself and her acts, and upon information and belief as to all other matters, as follows as her Complaint against Luna Custom Homes, LLC ("Defendant"):

**Jurisdiction, Venue and Parties**

1. This adversary proceeding is brought pursuant to, and under, Rule 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to seek relief in accordance with sections 542, 543 544, 549 and 550 of title 11 of the United States Code, 11 U.S.C. § 101-1330 (the "Bankruptcy Code").

2. The Court has jurisdiction over this subject matter of this adversary proceeding pursuant to 28 U.S.C. § 1334. This adversary proceeding is a core proceeding as to which the Court may enter final judgment under 28 U.S.C. §§ 157(b)(2)(F) and (O).

3. Venue of this action is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

4. Eva M. Lemeh, a resident of Tennessee serving as court-appointed chapter 7 trustee in this matter, is Plaintiff in this adversary proceeding.

### Procedural Background

5. On June 8, 2025 (the "Petition Date"), a voluntary petition was filed in this Court for RC ELECTRIC, LLC (the "Debtor") for relief under chapter 7 of the Bankruptcy Code.

6. On June 8, 2025, Eva M. Lemeh was appointed to serve as interim trustee in this matter.

### Facts

7. The Debtor listed as an asset of the bankruptcy estate Accounts Receivable owed by the Defendant to the Debtor in the amount of $38,000.00 (the "Property").

8. The Debtor submitted the final invoice it submitted to the Defendant, a copy of which is attached hereto as Exhibit A, that shows the actual amount owed to the Debtor is $39,222.24 (the "Funds").

9. The Trustee sent a demand letter to the Defendant on October 30, 2025, a copy of which is attached hereto as Exhibit B, wherein the Defendant was given 15 days to submit the balance due to the Debtor to the Trustee.

10. The Defendant did not respond to the Trustee's request for payment.

11. Therefore, the Trustee requests this Court order the Defendant pay the Funds to the Trustee.

WHEREFORE, the Trustee requests that the Court (i) order the Defendant pay the Trustee

the Funds within thirty (30) days of the order being signed by the Court; and (ii) grant such other and further relief, at law or in equity, as is appropriate under the circumstances.

RESPECTFULLY SUBMITTED,

By: /s/ Eva M. Lemeh
Eva M. Lemeh #012153
Attorney for Trustee
380 Spring Creek Road
Lebanon, TN 37087
(615) 498-5162
(615) 691-7382
emltrustee61@gmail.com

Defendant:

Luna Custom Homes, LLC
103 Forrest Crossing Blvd, Ste 201E
Franklin, TN 37064-5456

| | RC ELECTRIC, LLC | **EXHIBIT A** | | **Invoice** | |
|---|---|---|---|---|---|
| | PO Box 16 | | | Date | Invoice # |
| | Thompson Station, TN 37179 | | | 4/4/2025 | 3590 |

| Bill To |
|---|
| Luna Custom Homes, LLC |
| 103 Forrest Crossing Blvd, Ste 201E |
| Franklin, TN 37064-5456 |

| | Terms | Project |
|---|---|---|
| | **Due on receipt** | Lot 11006 - The Gr... |
| **Description** | Rate | Amount |
| Lot 11006 The Grove Changes<br>Changed the can layout in the master closet ceiling due to a crop ceiling<br>Material<br>Labor | 32.80<br>625.00 | 32.80<br>625.00 |

| | | |
|---|---|---|
| Thank you for your business! Please submit payment to the address above. If this invoice is not paid in full within ten (10) days from its receipt, then, in addition to the invoiced amount, a service charge equal to ten percent (10%) will be due and owing at the time of payment. Additionally, if this Invoice is not paid within thirty (30) days and, thereafter, if legal action is instituted to collect the same, R.C. Electric, LLC shall be entitled, in addition to all of the damages to which it is entitled, to collect and/or be reimbursed all attorney fees and court costs incurred by it in the pursuit and collection of the same. | **Total** | $657.80 |
| | **Pmts/Credits** | $0.00 |
| | **Balance Due** | $657.80 |



# Invoice

| | |
|---|---|
| RC ELECTRIC, LLC | |
| PO Box 16 | |
| Thompson Station, TN 37179 | |

| Date | Invoice # |
|---|---|
| 4/28/2025 | 3625 |

| Bill To |
|---|
| Luna Custom Homes, LLC |
| 103 Forrest Crossing Blvd, Ste 201E |
| Franklin, TN 37064-5456 |

| Terms | Project |
|---|---|
| **Due on receipt** | Lot 11006 - The Gr... |

| Description | Rate | Amount |
|---|---|---|
| Lot 11006 The Grove | 0.00 | 0.00 |
| Final payment due from invoice #3089 | 38,564.44 | 38,564.44 |

Thank you for your business! Please submit payment to the address above. If this invoice is not paid in full within ten (10) days from its receipt, then, in addition to the invoiced amount, a service charge equal to ten percent (10%) will be due and owing at the time of payment. Additionally, if this Invoice is not paid within thirty (30) days and, thereafter, if legal action is instituted to collect the same, R.C. Electric, LLC shall be entitled, in addition to all of the damages to which it is entitled, to collect and/or be reimbursed all attorney fees and court costs incurred by it in the pursuit and collection of the same.

| | |
|---|---|
| **Total** | $38,564.44 |
| **Pmts/Credits** | $0.00 |
| **Balance Due** | $38,564.44 |

# EXHIBIT B

**EVA M. LEMEH, TRUSTEE**
**380 Spring Creek Road**
**Lebanon, Tennessee 37087**
**Telephone 615-498-5162**
emltrustee61@gmail.com

October 30, 2025

Luna Custom Homes, LLC
103 Forrest Crossing Blvd, Ste 201E
Franklin, TN 37064-5456

RE: Chapter 7 Bankruptcy Case No. 25-02521, RC Electric, LLC:

Dear Sir or Madam:

I am the Chapter 7 Trustee for the above referenced bankruptcy case. The Debtor's bankruptcy estate owns the right to the accounts receivables owed to the Debtor. I have attached my appointment notice appointing me as the Chapter 7 Trustee for this Debtor as well as copies of the invoices past due to the Debtor.

The attached invoices from the Debtor reflect a current balance of $39,222.24. This balance is past due.

Within fifteen (15) days of receipt of this notice, please make **payable to me**, EVA M. LEMEH, TRUSTEE, the total amount stated above and may the payment to 380 Spring Creek Road, Lebanon, TN 37087. You may call my office by email or at the number above if you have any questions.

Sincerely,

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee